```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Antonio Capolongo,

                          Plaintiff,

    -against-

Cynthia Brann and Patsy Yang,

                         Defendants.

1:21-cv-01469 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    WHEREAS, on June 10, 2021, Lisa Richardson, Deputy General Counsel of the New York City Department of Correction, filed a waiver of service of summons executed on behalf of Defendant Cynthia Brann; and

    WHEREAS, on October 20, 2021, District Judge Caproni issued an Order stating that, because Plaintiff had paid his filing fees in full, the case may proceed (*see* Order, ECF No. 11); and

    WHEREAS, counsel for Defendant Brann has not yet appeared in this action.

    NOW, THEREFORE, it is hereby Ordered that, no later than Tuesday, December 7, 2021, counsel for defendant Brann shall file a Notice of Appearance on the docket. Thereafter, the Court intends to schedule a telephone conference to address service on defendant Yang and set a deadline for Defendants to respond to the Complaint.

    A copy of this Order will be emailed by Chambers to the following email addresses at the New York City Law Department: serviceECF@law.nyc.gov; ECF@law.nyc.gov; GPestana@law.nyc.gov; and CKruk@law.nyc.gov.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED: New York, New York
November 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge