USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antonio Capolongo,

                     Plaintiff,

-against-

Cynthia Brann and Patsy Yang,

                     Defendants.

1:21-cv-01469 (VEC) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that the Warden or other official in charge of the Washington Correctional Facility ("WCF") produce plaintiff Antonio Capolongo, NYSID No. 01544212Y, on Wednesday, January 12, 2022 at 10:00 a.m., to a suitable location within the WCF that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

    Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact WCF to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
December 8, 2021

_____
STEWART D. AARON
United States Magistrate Judge