```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antonio Capolongo,

                Plaintiff,

    -against-

Cynthia Brann and Patsy Yang,

                Defendants.

1:21-cv-01469 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. Defendants shall respond to the Complaint no later than January 19, 2022.

2. No later than February 2, 2022, Defendants shall produce to Plaintiff: (a) relevant discovery produced in the similar case of *Lee v. Dept. of Corrections et al.*, No. 20-cv-08407; (b) Plaintiff's inmate file; (c) Plaintiff's medical records; and (d) Plaintiff's movement log from the Vernon C. Bain Center.

3. The deadline for Plaintiff to file an amended pleading is February 9, 2022.

4. The deadline for the completion of all discovery, including Plaintiff's deposition, is July 12, 2022.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
            January 12, 2022

_____

STEWART D. AARON
United States Magistrate Judge

2