UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

ANTONIO CAPOLONGO,

                Plaintiff,              21-CV-01469 (VEC) (SDA)

    -against-

CYNTHIA BRANN and PATSY YANG,        **ORDER TO PRODUCE INMATE FOR DEPOSITION**

                Defendants.

------------------------------------------------------------------ X

**THE HONORABLE STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Upon the application of Defendants for leave to take the deposition of Plaintiff Antonio Capolongo, an inmate within the New York State Department of Corrections and Community Supervision's Washington Correctional Facility, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

    **IT IS HEREBY ORDERED**: (1) that the Superintendent or other official in charge of Washington Correctional Facility, located in Comstock, New York, produce inmate Antonio Capolongo, Department Identification No. 21A0602, at a location within the facility for the taking of his deposition by video teleconference, on or about Tuesday, August 9, 2022 at 10:00 a.m. and for so long thereafter as the deposition continues; and (2) that plaintiff appear in such place as designated by Washington Correctional Facility, so that his deposition may be taken by video.

Dated: July 26, 2022
New York, New York

                              SO ORDERED.

                              _____
                              Honorable Stewart D. Aaron
                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2022