```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antonio Capolongo,

                  Plaintiff,

-against-

Cynthia Brann and Patsy Yang,

                  Defendants.

1:21-cv-01469 (VEC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Discovery in this action closed on November 28, 2022. (*See* 8/26/22 Mem. End., ECF No. 34.) It is hereby Ordered that, no later than Tuesday, December 6, 2022, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to participate in a settlement conference and/or if either side intends to file a dispositive motion.

**SO ORDERED.**

DATED:    New York, New York
               November 29, 2022

_____
STEWART D. AARON
United States Magistrate Judge