```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antonio Capolongo,

       Plaintiff,

  -against-

Cynthia Brann and Patsy Yang,

       Defendants.

1:21-cv-01469 (VEC) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

  The parties are directed to appear for a telephone conference on Thursday, December 15, 2022 at 12:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:  New York, New York
     December 7, 2022

               _____
               STEWART D. AARON
               United States Magistrate Judge